JOHN F. DWYER, PLAINTIFF-RESPONDENT, v. LEHIGH VALLEY RAILROAD COMPANY, A CORPORATION, DEFENDANT-APPELLANT.

Submitted February 11, 1944—Decided April 13, 1944.

For the plaintiff-respondent, *Hoberman & Hoberman* (*Sol Hoberman,* of counsel).

For the defendant-appellant, *Collins & Corbin* (*Edward J. Markley* and *Charles W. Broadhurst,* of counsel).

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the opinion of Chief Justice Brogan,

reported in 131 *N. J. L.* 1, reserving, however, the question of liability under the doctrine of the maritime law for maintenance and cure of the plaintiff as a seaman. The case was not decided by the jury on that theory, and it is not necessary to pass upon that phase of the case.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, HEHER, PERSKIE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.